IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHELLEY D. SIKES                                                               PLAINTIFF

v.                                    CASE NO. 2:18-CV-2195

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                 DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 18) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this November 18, 2019.

/s/ P. K. Holmes III
P. K. HOLMES, III
U.S. DISTRICT JUDGE